# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Crim. No. 2: 2009-cr-0130 |
| DALNAVE NAVIGATION INC., : PANAGIOTIS STAMATAKIS, and : DIMITRIOS PAPADAKIS, : | |
| Defendants. : | **ORDER** |

This matter having come before the Court by way of a motion for a modification of Panagiotis Stamatakis' terms of release by Carella, Byrne, Bain Gilfillan, Cecchi, Stewart & Olstein (by Carl R. Woodward, III) counsel for Panagiotis Stamatakis, and on notice to all named parties, and the Court having considered the submissions of counsel, and for good cause shown;

It is on this 14 day of April 2009

**ORDERED**:

1. Panagiotis Stamatakis' terms of release are hereby changed from today through and including April 19, 2009, so that Mr. Stamatakis may leave his room at 8:00 a.m. and return to his room at any time up to midnight each day up until April 20, 2009.

2. Notwithstanding the foregoing changes, special provision will be made for Mr. Statamatakis to attend a religious service for the celebration of the Greek Easter holiday on Saturday April 18, 2009. Mr. Statamatakis will be allowed to leave his room at 8:00 a.m. and return to his room at any time up to 3:00 a.m. on April 18, 2009.

3. All other terms of the release including the limitation on travel to the District of New Jersey remain the same.

_____
Hon. Peter G. Sheridan, U.S.D.J.